# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Cheryl A. Brown, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Medical University of South Carolina, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:24-cv-03337-RMG-MGB <br><br> **ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION ON BEHALF OF COUNSEL FOR DEFENDANT** |

Pursuant to the Amended Scheduling Order filed on September 12, 2024, the undersigned certifies that counsel for Defendant Medical University of South Carolina ("MUSC") has: (1) provided MUSC with a copy of the Order to Conduct Mediation; (2) discussed the availability of mediation with MUSC; and (3) discussed the advisability and timing of mediation with opposing counsel.

Submitted this 21st day of March 2025.

                                                     s/ Bob J. Conley
                                                     Bob J. Conley (FID #6791)
                                                     CLEVELAND & CONLEY, LLC
                                                     One Seventy-One Church Street, Suite 310
                                                     Charleston, South Carolina 29401
                                                     Telephone: (843) 577-9626
                                                     bconley@clevelandlaborlaw.com

                                                     ATTORNEY FOR DEFENDANT