**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Cheryl A. Brown, ) | Case No.: 2:24-cv-03337-RMG-MGB |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| Medical University of SC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ALTERNATIVE DISPUTE RESOLUTION**
**STATEMENT AND CERTIFICATE**

Pursuant to Local Civil Rule 16.03, the undersigned certified that she has (1) provided the party she represents with all materials relating to ADR which were required to be provided by local Civil Rule 16.01 and order of the Court; (2) discussed the availability of ADR with the Party; and (3) discussed the timing of ADR with opposing counsel.

Respectfully Submitted,

s/Bonnie Travaglio Hunt
Bonnie Travaglio Hunt
Hunt Law LLC
Federal Bar # 07760
SC Bar # 12341
Attorney for the Plaintiff
4000 Faber Place Drive, Suite 300, N. Charleston, 29405
Post Office Box 1845, Goose Creek, SC 29445
(843)553-8709
Facsimile (843)492-5509
bthunt@huntlawllc.com

March 31, 2025